ELIZABETH M. GODLEY v. CRANDALL & GODLEY COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM M. CLAYTON and ROBERT T. HARDY.  THE PEOPLE OF THE STATE OF NEW YORK v. PAULINE WEISMAN.— Motions denied.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

PETER J. McGOLDRICK v. ROBERT W. TAILER.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

FIRST BANK OF NOTASULGA v. CASUALTY COMPANY OF AMERICA.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

SPIRITUSFABRIEK ASTRA, etc., v. SUGAR PRODUCTS COMPANY.— Motion granted; question certified.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

LOUIS K. COMSTOCK v. EDGAR ELLINGER.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

In the Matter of ALFRED B. CHURCH.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

YORKSHIRE ICE COMPANY v. DE WITT C. FLANAGAN.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

In the Matter of WHITE PLAINS ROAD.— Motion granted.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

CUATOTOLAPAM SUGAR COMPANY v. GEORGE FUSS.— Motion for stay granted.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

RIVERSIDE CONTRACTING COMPANY v. THE CITY OF NEW YORK.— Motion granted.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

JOSEPH ROSENBERG v. SARAH A. JEFFERSON.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

HERMAN & HERMAN v. MARDEN, ORTH AND COMPANY.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

BERNHARD BLUMENTHAL v. CLARENCE H. KELSEY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.